[No. 16030-7-II.   Division Two.   September 23, 1994.]

TERRY COPELAND, *Appellant*, v. PIERCE COUNTY, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 90-2-08268-2, Frederick B. Hayes, J., entered April 30, 1992. *Reversed* by unpublished opinion per Houghton, J., concurred in by Seinfeld, A.C.J., and Alexander, J.

[Nos. 16273-3-II; 16274-1-II.   Division Two.   September 23, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. SUSANNE L. MUMMEY, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. HOWARD L. WEBER, *Appellant*.

Appeals from judgments of the Superior Court for Thurston County, Nos. 91-1-00674-5, 91-1-00675-3, Carol A. Fuller, J., entered July 21, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Seinfeld, A.C.J., and Alexander, J.

[No. 30624-3-I.   Division One.   September 26, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH CLARK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-8-00809-4, John M. Darrah, J., entered May 5, 1992. *Reversed* by unpublished per curiam opinion.